# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-613-GCM

| | | |
|---|---|---|
| **MARCUS LEE CRUMP,** | ) | |
|      **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **D. TROPEANO,** *et al*, | ) | |
|      **Defendants.** | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to pending motions for summary judgment, the trial in this matter is RE-SET for **February 12, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: July 17, 2017

Graham C. Mullen
United States District Judge